UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRENDA ANN SMITH,

                Plaintiff,

-vs-                                    Case No. 6:10-cv-204-Orl-28GJK

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
_____

## ORDER

This case is before the Court on the Commissioner's Unopposed Motion to Remand (Doc. No. 11) filed July 17, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objections to the Report and Recommendation (Doc. No. 16), Plaintiff's objections are overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 22, 2010 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Commissioner's Unopposed Motion to Remand is **GRANTED**.

    3.    This case is remanded to the Commissioner of Social Security pursuant to sentence six of Section 405(g).

4.  The Clerk is directed to administratively close this case pending further Order of the Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4~~th~~ day of ~~October~~ November, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party