**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRENDA ANN SMITH,**

        **Plaintiff,**

**-vs-**                                      **Case No.  6:10-cv-204-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

## ORDER

This case is before the Court on Plaintiff's Petition for Attorney's Fees (Doc. No. 27) filed October 6, 2011, and Plaintiff's Ore Tenus Unopposed Motion for Attorney's Fees Pursuant to Section 406(b) filed February 1, 2012.  The United States Magistrate Judge has submitted a report recommending that the Petition for Attorney's Fees filed October 6, 2011, be granted in part and denied in part, and the Motion for Fees Pursuant to Section 406(b) be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.   That the Report and Recommendation filed May 10, 2012 (Doc. No. 44), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Plaintiff's Ore Tenus Motion for Attorney's fees Pursuant to Section 406(b) is **GRANTED**.

3.      Plaintiff's counsel is authorized to charge and collect from Plaintiff $607.00 in Section 406(b) fees.

4.      Plaintiff's Petition for Attorney's Fees (Doc. 27) is **GRANTED in part** and **DENIED in part.**  The Petition is granted to the extent the Court awards Equal Access to Justice Act ("EAJA") fees to Plaintiff in the amount of $2,216.75; the Petition is otherwise **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___4th___ day of June, 2012.

Copies furnished to:

United States Magistrate Judge

Counsel of Record

Unrepresented Party

JOHN ANTOON II
United States District Judge