**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRENDA ANN SMITH,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-204-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Supplemental Motion for Attorney Fees under the Equal Access to Justice Act (Doc. No. 47) filed July 10, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Non-Objection to the Report and Recommendation (Doc. 49), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 16, 2012 (Doc. No. 48) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Supplemental Motion for Attorney Fees Under the Equal Access to Justice Act ("EAJA") (Doc. No. 47) is **GRANTED in part** and **DENIED in part**.

3. The Motion is **GRANTED** to the extent that the Court awards EAJA attorneys' fees to Plaintiff, as the prevailing party, in the sum of $1,751.42; the Motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 20th day of July, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record